UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HANOVER INSURANCE COMPANY,    )<br>)<br>              Plaintiff,    )<br>)<br>v.    )<br>)<br>AMERICAN INTERNATIONAL    )<br>SCHOOL OF UTAH, AMERICAN    )<br>INTERNATIONAL SCHOOL, LLC,    )<br>TASI YOUNG, and MICHAEL FARLEY,    )<br>)<br>              Defendants.    )<br>              )  | Civil Action No.: 2:19-cv-00567-DBP |

**PLAINTIFF HANOVER INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Hanover Insurance Company ("Hanover"), by and through undersigned Counsel, respectfully provides notice of its voluntary dismissal without prejudice of its claims asserted against Defendants American International School of Utah, American International School, LLC, Tasi Young, and Michael Farley Pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.

December 2, 2019

        Respectfully submitted,

        HANOVER INSURANCE COMPANY

        By: */s/* Scott Sweeney
            Scott Sweeney, Esq.
            Utah State Bar No.: 15070
            WILSON ELSER MOSKOWITZ
            EDELMAN & DICKER LLP
            1225 17th Street, 27th Floor
            Denver, CO  80202
            (303) 572-5324
            Email: Scott.Sweeney@wilsonelser.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2019, a true and correct copy of the foregoing **PLAINTIFF HANOVER INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSLA WITHOUT PREJUDICE** was filed with the Court electronically via CM/ECF and served on all parties by placing in the U.S. Mail First Class as follows:

April Todd
American International School, LLC
3601 E. Heughs Canyon Cir.
Holladay, Utah 84121

April Todd
American International School of Utah
3601 E. Heughs Canyon Cir.
Holladay, Utah 84121

By:   *s/ Scott D. Sweeney*
    Scott D. Sweeney

584714v.1